UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
PATRICK MORIN, JOSEPH OLIVIERI

    -V-                                  ORDER TO SHOW CAUSE
                                              CV-07-0165 (DRH) (AKT)

ANTONICELLI CONSTRUCTION CO., INC.,
PHILIP ANTONICELLI
-------------------------------------------------------X
For Plaintiffs:

Anthony Lumia, Esq.
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
P.O. Box 9064
Melville, NY 10747-9064

      No action has taken place in this case since the filing of the return of the summons on February 14, 2007.

      Counsel for the plaintiffs is directed to serve and file a response indicating the status of the case on or before August 10, 2007, or the case will be dismissed for failure to prosecute.

**FAILURE TO RESPOND TO THIS REQUEST WILL RESULT IN THE DISMISSAL OF THIS ACTION.**

DATED: Central Islip, New York
         July 13, 2007

                                                  /s/
                                      DENIS R. HURLEY
                           UNITED STATES DISTRICT JUDGE